■ JOSEPH IANNELLI, Appellant, v NATHAN LEVENTHAL et al., Respondents. [654 NYS2d 293] —Judgment, Supreme Court,

New York County (Ira Gammerman, J.), entered June 14, 1995, unanimously affirmed for the reasons stated by Gammerman, J., without costs and disbursements. No opinion. Concur—Wallach, J. P., Rubin, Mazzarelli and Andrias, JJ.